



★ ★ ★        ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00420-CR

David Cepeda **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 887946
Honorable Karen Crouch, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed: June 23, 2010

DISMISSED FOR LACK OF JURISDICTION

On May 27, 2010, David Cepeda Jones filed a notice of appeal, attempting to appeal the trial court's October 6, 2004, order dismissing an assault charge against Jones. We dismiss the appeal for lack of jurisdiction.

PER CURIAM

Do not publish